USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DAVID NIEVES, JR.
               Plaintiff,
v.                                                                                  **ORDER OF DISMISSAL**

JULIO A. RODRIGUEZ BEATO, and                      20 CV 1606 (VB)
COWAN SYSTEMS, LLC,
               Defendants.
--------------------------------------------------------------x

       The Court has been advised that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than December 4, 2020. To be clear, any application to restore the action must be filed by December 4, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

       All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

Dated: November 4, 2020
       White Plains, NY

                                              SO ORDERED:

                                              Vincent L. Briccetti
                                              United States District Judge